In the Matter of ROBERT GREENE, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH MIGNONE, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALAN TRATTLER, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

## FIRST DEPARTMENT, SEPTEMBER, 1970

### (September 11, 1970)

In the Matter of ADAM C. POWELL, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and JOHN H. YOUNG et al., Respondents.—

No opinion. Concur — Eager, J. P., Capozzoli, McGivern, Markewich and McNally, JJ.

### (September 15, 1970)

In the Matter of HYMAN DECHTER et al., Appellants, v. MAURICE J. O'ROURKE et al., Constituting the Board of Elections of the City of New York, and LOUIS F. DE SALVIO, et al., Respondents.—

Concur — Stevens, P. J., Markewich, Nunez and Steuer, JJ.